# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00497-CV

**Michael S. Turner and Turner Outdoor Advertising, LLC., Appellants**

**v.**

**Robert Krueger d/b/a Krueger Associates, Appellee**

---

**FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT
NO. C2006-0350A, HONORABLE BERT RICHARDSON, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellants have filed a motion to dismiss appeal. They state that the parties have executed a settlement agreement and filed it with the district court, that the judgment has been satisfied and released, and that appellee consents to the motion. Appellants also request that this Court set aside the district court's judgment without regard to the merits. We grant appellants' motion in part. We set aside the district court's judgment without regard to the merits and remand the case to the trial court for further proceedings in accordance with the settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose, and Goodwin

Vacated and Remanded on Appellants' Motion

Filed:   December 23, 2013